# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD MAKEE MOSS, | |
| Petitioner, | No. CV 09-600-VBF (RCF) |
| v. | JUDGMENT |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: 7-1-11

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE